| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: TELEPHONE NO.: 103303<br>Kevin S. Eikenberry, Esq.<br>1470 Maria Lane, #440<br>Walnut Creek, Cal. 94596<br><br>ATTORNEY FOR LIEN CLAIMANT: WV Sour Grapes, LLC | FOR COURT USE ONLY |
|---|---|
| NAME OF COURT: United States District Court, Eastern District of California<br>STREET ADDRESS: 501 I Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Sacramento, Cal. 95814<br>BRANCH NAME: Sacramento Division | |
| PLAINTIFF: Richard Sauer, et. al.<br>DEFENDANT: Volkswagen Group Of America, Inc.. | |
| **NOTICE OF LIEN**<br>(Attachment—Enforcement of Judgment) | CASE NUMBER:<br>2:21-cv-00552-JAM-JDP |

ALL PARTIES IN THIS ACTION ARE NOTIFIED THAT
1. A lien is created by this notice under
   a. ☐ Article 3 (commencing with section 491.410) of Chapter 11 of Title 6.5 of Part 2 of the Code of Civil Procedure.
   b. ☒ Article 5 (commencing with section 708.410) of Chapter 6 of Title 9 of Part 2 of the Code of Civil Procedure.
2. The lien is based on a
   a. ☐ right to attach order and an order permitting the creation of a lien (copies attached).
   b. ☒ money judgment.
3. The right to attach order or the money judgment is entered in the following action:
   a. Title of court *(specify)*: Riverside County Superior Court
   b. Name of case *(specify)*: MV Eastgate Investors Six, et. al. v. Richard Sauer, et. al.
   c. Number of case *(specify)*: RIC427898
   d. ☒ Date of entry of judgment *(specify)*: 4-6-2009
   e. ☒ Dates of renewal of judgment *(specify)*: 2-19-2019

4. The name and address of the judgment creditor or person who obtained the right to attach order are *(specify)*:
   Assignee WV Sour Grapes, LLC, c/o 1470 Maria Lane, #440, Walnut Creek, Cal. 94596
5. The name and last known address of the judgment debtor or person whose property is subject to the right to attach order are *(specify)*:
   Richard Sauer, aka Richard Neill Sauer, aka Richard Neill Sauer M.D., aka Richard N. Sauer, 9790 Kings Rd, Loomis, Ca 95650
6. The amount required to satisfy the judgment creditor's money judgment or to secure the amount to be secured by the attachment at the time this notice of lien is filed is
   $ 604,781.98
7. The lien created by this notice attaches to any cause of action of the person named in item 5 that is the subject of this action or proceeding and to that person's rights to money or property under any judgment subsequently procured in this action or proceeding.
8. No compromise, dismissal, settlement, or satisfaction of this action or proceeding or any of the rights of the person named in item 5 to money or property under any judgment procured in this action or proceeding may be entered into by or on behalf of that person, and that person may not enforce any rights to money or property under any judgment procured in this action or proceeding by a writ or otherwise, unless one of the following requirements is satisfied:
   a. the prior approval by order of the court in this action or proceeding has been obtained;
   b. the written consent of the person named in item 4 has been obtained or that person has released the lien; or
   c. the money judgment of the person named in item 4 has been satisfied.

NOTICE The person named in item 5 may claim an exemption for all or any portion of the money or property within 30 days after receiving notice of the creation of the lien. The exemption is waived if it is not claimed in time.

Date: 7-1-2021

Kevin S. Eikenberry
*(TYPE OR PRINT NAME)* — *(SIGNATURE OF LIEN CLAIMANT OR ATTORNEY)*

Form Approved by the
Judicial Council of California
AT-180, EJ-185 [New January 1, 1985]

**NOTICE OF LIEN**
(Attachment—Enforcement of Judgment)

CCP 491.410, 708.410

For your protection and privacy, please press the Clear This Form button after you have printed the form. [Print this form] [Save this form] [Clear this form]

## PROOF OF SERVICE

I, KEVIN S. EIKENBERRY declare that I am over 18 years of age, am not a party to this action and am the attorney of record for Defendant WV Sour Grapes, LLC. On July 1, 2021 I served the NOTICE OF LIEN on the parties to this action by placing true and correct copies of same enclosed in a sealed envelope, with First Class postage prepaid, and depositing said envelope in the United States Mail at Walnut Creek California addressed as follows:

COUNSEL FOR PLAINTIFFS RICHARD N. SAUER, THE RICHARD N. SAUER FAMILY LIMITED PARTNERSHIP, a California Limited Partnership and 12565 AUTOMALL CIRCLE, LLC, a California Limited Liability Company

Waseem H. Dulloo, Esq.
Manning, Leaver, Bruder & Berberich, LLP
801 S. Figueroa St.
#1150
Los Angeles, CA 90017

COUNSEL FOR DEFENDANT VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation

Billy M. Donley, Esq.
J. Keith Russell, Esq.
Lisa L. Virgen, Esq.
Baker & Hostetler LLP
811 Main Street
Suite 1100
Houston, TX 77002

Alexis B. Cruz, Esq.
Baker & Hostetler LLP
11601 Wilshire Blvd.
Suite 1400
Los Angeles, CA 90025

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of July, 2021 at Walnut Creek, California.

KEVIN S. EIKENBERRY

1