Alexis B. Cruz (SBN 312842)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone:   310.820.8800
Facsimile:    310.820.8859
Email:        *acruz@bakerlaw.com*

Billy M. Donley *(Pro Hac Vice)*
Texas Bar No. 05977085
J. Keith Russell *(Pro Hac Vice)*
Texas Bar No. 24007966
Lisa Virgen (*Pro Hac Vice*)
Texas Bar No. 24099248
**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, Texas 77002-6111
Telephone:   713.751.1600
Facsimile:    713.751.1717
Emails:       *bdonley@bakerlaw.com*
              *krussell@bakerlaw.com*
              *lvirgen@bakerlaw.com*

*Attorneys for Defendant*
VOLKSWAGEN GROUP OF AMERICA, INC.

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD SAUER, an individual; THE RICHARD N. SAUER FAMILY LIMITED PARTNERSHIP, a California limited partnership; and 12565 AUTOMALL CIRCLE, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey Corporation,<br><br>Defendant. | Case No.: 2:21-cv-00552-JAM-JDP<br><br>The Hon. John A. Mendez<br><br>**STIPULATION AND ORDER FOR MOTION TO IMPLEAD OR, ALTERNATIVELY, JOIN NON-PARTIES TO BE SUBMITTED UPON THE RECORD AND BRIEFS ON FILE** |

Pursuant to Local Rule 230(g), Volkswagen Group of America, Inc. ("VWGoA") and Plaintiffs Richard Sauer, The Richard N. Sauer Family Limited Partnership, and 12565 Automall Circle, LLC (collectively, the "Parties") hereby stipulate and agree as follows:

1. WHEREAS, VWGoA filed its Unopposed Motion to Implead or, Alternatively, Join Non-Parties Trinity Automotive Investments, LLC, JREI, LLC, and Steven J. Jackson (the "Motion") on January 13, 2022.

2. WHEREAS, VWGoA noticed the Motion for a hearing on March 15, 2022 at 1:30 p.m. before the Court.

3. WHEREAS, following their meet and confer conference on the Motion, Plaintiffs' counsel informed VWGoA's counsel that Plaintiffs do not intend to oppose the relief sought in the Motion but that Plaintiffs do not want the requested relief to result in a delay in the scheduled trial date.

4. WHEREAS, the Parties believe that oral argument on the Motion is unnecessary and respectfully request the Court to rule upon the record and briefs on file.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the Parties through their respective undersigned counsel and subject to the Court's approval that the Motion be submitted upon the record and briefs on file and that the hearing date of March 15, 2022 be vacated.

///
///
///

| | |
|---|---|
| Dated: January 13, 2022 | BAKER & HOSTETLER LLP |
| | By:  /s/ J. Keith Russell<br>Billy M. Donley<br>Keith J. Russell<br>Alexis B. Cruz |
| | *Attorneys for Defendant*<br>VOLKSWAGEN GROUP OF AMERICA, INC. |
| Dated: January 13, 2022 | MANNING, LEAVER, BRUDER & BERBERICH |
| | By:  /s/ Robert Jenkins (as authorized on 1/13/22)<br>Gary H. Prudian<br>Robert C. Jenkins |
| | *Attorneys for Plaintiffs*<br>RICHARD SAUER; THE RICHARD N. SAUER FAMILY LIMITED PARTNERSHIP; AND 12565 AUTOMALL CIRCLE, LLC |

**IT IS SO ORDERED.**

| | |
|---|---|
| Dated:  January 20, 2022 | /s/ John A. Mendez<br>THE HONORABLE JOHN A. MENDEZ<br>UNITED STATES DISTRICT COURT JUDGE |