Alexis B. Cruz (SBN 312842)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone:   310.820.8800
Facsimile:   310.820.8859
Email:       acruz@bakerlaw.com

Billy M. Donley *(Pro Hac Vice)*
Texas Bar No. 05977085
J. Keith Russell *(Pro Hac Vice)*
Texas Bar No. 24007966
Lisa Virgen (*Pro Hac Vice*)
Texas Bar No. 24099248
**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, Texas 77002-6111
Telephone:   713.751.1600
Facsimile:   713.751.1717
Emails:      bdonley@bakerlaw.com
             krussell@bakerlaw.com
             lvirgen@bakerlaw.com

*Attorneys for Defendant*
VOLKSWAGEN GROUP OF AMERICA, INC.

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD SAUER, an individual; THE RICHARD N. SAUER FAMILY LIMITED PARTNERSHIP, a California limited partnership; and 12565 AUTOMALL CIRCLE, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey Corporation,<br><br>Defendants. | Case No.: 2:21-cv-00552-JAM-JDP<br><br>The Hon. John A. Mendez<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO IMPLEAD NON-PARTIES TRINITY AUTOMOTIVE INVESTMENTS, LLC, JREI, LLC, AND STEVEN J. JACKSON, AND TO FILE THIRD-PARTY COMPLAINT**<br><br>**DATE: MARCH 15, 2022**<br>**TIME: 1:30 PM**<br>**CRTRM: 6, 14TH FLOOR**<br><br>*[Filed concurrently with Notice of Unopposed Motion and Unopposed Motion to Implead or, Alternatively, Join Non-Parties; Memorandum of Points and Authorities; Declaration of J. Keith Russell; Third-Party Complaint; and Proof of Service]* |

**ORDER**

After reviewing the Unopposed Motion to Implead or, Alternatively, Join Non-Parties Trinity Automotive Investments, LLC, JREI, LLC, and Steven J. Jackson. submitted by Defendant Volkswagen Group of America, Inc. and hearing the arguments of the parties, if any, the Court GRANTS the Motion and FURTHER GRANTS Defendant Volkswagen Group of America, Inc. leave to file and serve the Third-Party Complaint submitted with the Motion upon non-parties Trinity Automotive Investments, LLC, JREI, LLC, and Steven J. Jackson.

**IT IS SO ORDERED.**

Dated: January 20, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

Baker & Hostetler LLP
Attorneys at Law
Los Angeles