Alexis B. Cruz (SBN 312842)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone:   310.820.8800
Facsimile:    310.820.8859
Email:          acruz@bakerlaw.com

Billy M. Donley (*Pro Hac Vice*)
Texas Bar No. 05977085
J. Keith Russell (*Pro Hac Vice*)
Texas Bar No. 24007966
Lisa L. Virgen (*Pro Hac Vice*)
Texas Bar No. 24099248
**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, Texas 77002-6111
Telephone:   713.751.1600
Facsimile:    713.751.1717
Emails:         bdonley@bakerlaw.com
                     krussell@bakerlaw.com
                     lvirgen@bakerlaw.com

*Attorneys for Defendant*
VOLKSWAGEN GROUP OF AMERICA, INC.

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD SAUER, an individual; THE RICHARD N. SAUER FAMILY LIMITED PARTNERSHIP, a California limited partnership; and 12565 AUTOMALL CIRCLE, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey Corporation,<br><br>Defendant. | Case No.: 2:21-cv-00552-JAM-JDP<br><br>The Hon. John A. Mendez<br><br>**ORDER**<br><br>***Filed concurrently with the Amended Joint Motion to Modify Pretrial Scheduling Order, No. 1***<br><br>Action Filed: January 28, 2021<br><br>Action Removed: March 25, 2021 |
| VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey Corporation,<br><br>Third-Party Plaintiff.<br><br>v.<br><br>TRINITY AUTOMOTIVE INVESTMENTS, LLC; JREI, LLC; and STEVEN J. JACKSON,<br><br>Third-Party Defendants. | |

# ORDER

Upon review of the parties' Amended Joint Motion to Modify Pretrial Scheduling Order No. 1, and good cause shown, it is hereby ordered that the case deadlines in the above-entitled matter shall be continued as follows:

| Deadline | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiff's Expert Witness Disclosures | 02/18/2022 | 06/17/2022 |
| Supplemental Disclosure and Disclosure of Any Rebuttable Experts | 03/04/2022 | 07/05/2022 |
| Discovery | 04/22/2022 | 08/22/2022 |
| Dispositive Motions | 06/03/2022 | 10/03/2022 |
| Hearing on Dispositive Motions | 07/26/2022 at 1:30 p.m. | 12/06/2022 at 1:30 p.m. |
| Joint Mid-Litigation Statement Filing Deadline | 14 days prior to the close of discovery | 14 days prior to the close of discovery |
| Final Pretrial Conference | 09/02/2022 | 01/13/2023 at 11:00 a.m. |
| Trial Setting | 10/17/2022 | 02/27/2023 at 9:00 a.m. |

**IT IS SO ORDERED.**

DATED: March 1, 2022         /s/ John A. Mendez
                             THE HONORABLE JOHN A. MENDEZ
                             UNITED STATES DISTRICT COURT JUDGE

1