SHARTSIS FRIESE LLP
ROBERT CHARLES WARD (Bar #160824)
SANJEET S. GANJAM (Bar #285615)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111-3598
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: rward@sflaw.com
Email: sganjam@sflaw.com

Attorneys for Third-Party Defendants
TRINITY AUTOMOTIVE INVESTMENTS, LLC,
JREI, LLC, and STEVEN J. JACKSON

Gary H. Prudian (Bar #246346)
Robert C. Jenkins (Bar #188849)
MANNING, LEAVER, BRUER & BERBERICH, LLP
801 S. Figueroa Street, Suite 1150
Los Angeles, CA 90017
Telephone: (323) 937-4730
Facsimile: (323) 937-6727
Email: gprudian@manningleaver.com
Email: rjenkins@manningleaver.com

Attorneys for Plaintiffs, Richard Sauer,
The Richard N. Sauer Family Limited Partnership,
and 12565 Automall Circle, LLC

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SAUER, an individual; THE RICHARD N. SAUER FAMILY LIMITED PARTNERSHIP, a California limited partnership; and 12565 AUTOMALL CIRCLE, LLC, a California limited liability company,<br><br>Plaintiffs,<br>v.<br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey Corporation,<br><br>Defendant. | Case No. 2:21-cv-00552-JAM-JDP<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF RE EXTENSION OF DISCOVERY DEADLINE**<br><br>[Filed concurrently with Unopposed Motion for Administrative Relief] |

VOLKSWAGEN GROUP OF AMERICA, INC.,

                Third-Party Plaintiff,

   v.

TRINITY AUTOMOTIVE INVESTMENTS, LLC, JREI, LLC, and STEVEN J. JACKSON, SR.

                Third-Party Defendants.

Case No. 2:21-cv-00552-JAM-JDP

ORDER GRANTING UNOPPOSED MOTION FOR ADMIN. RELIEF RE EXT. OF DISCOVERY DEADLINE

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The Court, having considered the unopposed Motion for Administrative Relief filed by Plaintiffs RICHARD SAUER, THE RICHARD N. SAUER FAMILY LIMITED PARTNERSHIP, and 12565 AUTOMALL CIRCLE, LLC and Third-Party Defendants TRINITY AUTOMOTIVE INVESTMENTS, LLC, JREI, LLC, and STEVEN J. JACKSON (collectively, "Third-Party Defendants") in the above-named matter, the declaration in support thereof and the pleadings on file in this matter, and for good cause shown, issues this Order:

1. The discovery deadline set forth in the Court's 3/2/2022 Amended Pretrial Scheduling Order (Dkt. 35) is extended from August 22, 2022 to **September 28, 2022**.

**IT IS SO ORDERED.**

DATED: July 27, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE