Gary H. Prudian, Esq., SBN 246346
gprudian@manningleaver.com
Robert C. Jenkins, Esq., SBN 188859
rjenkins@manningleaver.com
MANNING, LEAVER, BRUDER &
BERBERICH, LLP
801 S. Figueroa Street, Suite 1150
Los Angeles, California 90017
Telephone: (323) 937-4730
Fax: (323) 937-6727

Attorneys for Plaintiffs, Richard Sauer,
The Richard N. Sauer Family Limited
Partnership, and 12565 Automall Circle, LLC

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SAUER, an individual; THE RICHARD N. SAUER FAMILY LIMITED PARTNERSHIP, a California limited partnership; and 12565 AUTOMALL CIRCLE, LLC, a California limited liability company,<br><br>    Plaintiffs,<br>    v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation,<br><br>    Defendant. | CASE NO. 2:21-cv-00552-JAM-JDP<br><br>**STIPULATION AND ORDER OF DISMISSAL [FRCP 41(A)]** |
| VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>    Third-Party Plaintiff,<br>    v.<br><br>TRINITY AUTOMOTIVE INVESTMENTS, LLC, JREI, LLC, and STEVEN J. JACKSON, SR.,<br><br>    Third-Party Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiffs RICHARD SAUER, an individual, THE RICHARD N. SAUER FAMILY LIMITED PARTNERSHIP, a California limited partnership, and 12565 AUTOMALL CIRCLE, LLC (hereinafter collectively referred to as "Plaintiffs"), Defendant VOLKSWAGEN GROUP OF AMERICA, INC. (hereinafter "Defendant") and Third-Party Defendants Trinity Automotive Investments, LLC, JREI, LLC, and Steven J. Jackson (hereinafter "Third-Party Defendants") hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, counterclaims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

DATE: May 20, 2025                                  MANNING, LEAVER, BRUDER & BERBERICH

BY  */s/ Robert C. Jenkins*
   Robert C. Jenkins, Esq.
   Attorney for Plaintiffs Richard Sauer, The
   Richard N. Sauer Family Limited Partnership,
   and 12565 Automall Circle, LLC

DATE: May 20, 2025                                  BAKER & HOSTETLER LLP

BY  */s/ J. Keith Russell*
   J. Keith Russell, Esq.
   Attorney for Defendant Volkswagen Group of
   America, Inc.

DATE: May 20, 2025                                  SHARTSIS FRIESE LLP

BY  */s/ Sanjeet Ganjam*
   Robert Charles Ward, Esq.

Sanjeet Ganjam, Esq.
Attorneys for Third-Party Defendants Trinity Automotive Investments, LLC, JREI, LLC, and Steven J. Jackson

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, **DISMISSED WITH PREJUDICE** as to all claims, counterclaims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is **DIRECTED** to **CLOSE** the file.

Dated: May 29, 2025         /s/ John A. Mendez
                            THE HONORABLE JOHN A. MENDEZ
                            SENIOR UNITED STATES DISTRICT JUDGE